## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JACKIE J. DAVIS | |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 25-600-JWD-RLB |
| EAST BATON ROUGE PARISH PRISON, ET AL. | |

## OPINION

After independently reviewing the entire record in this case, and for the reasons set forth in the Magistrate Judge's Report and Recommendation dated October 9, 2025 (Doc. 5), to which no objection was filed,

**IT IS ORDERED** that this action is dismissed, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e), and the Court declines to exercise of supplemental jurisdiction over the plaintiff's state law claims against Corey Crockett.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>December 1, 2025</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**